UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:  09-14078-CIV-MARTINEZ-LYNCH**

JENNIFER SMITH,

       Plaintiff,

vs.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

       Defendant.

_____/

## ORDER PURSUANT TO LOCAL RULE 47.1

THIS CAUSE came before the Court upon the parties' Notice of Settlement **(D.E. No. 35)**. This matter was set for trial at 9:30 a.m. on Tuesday, October 12, 2010.  The parties filed their Notice of Settlement after 5:00 p.m. on Friday, October 8, 2010.  Monday, October 11, 2010 was a federal holiday.  Local Rule 47.1B, S.D. Fla., provides as follows:

> Whenever a civil case that has been set for jury trial is settled or otherwise disposed of, counsel shall so inform the office of the Judge in whose division the case is pending at least one full business day prior to the day the jury is scheduled to be selected or the trial is scheduled to commence, in order that the jurors may be notified not to attend. If such notice is not given to the Clerk's Office, then except for good cause shown, juror costs, including attendance fees, mileage, and subsistence, may be assessed equally against the parties and their counsel, or otherwise assessed as directed by the Court.

Juror costs in this case total $1,000.00, representing $40 in attendance costs for the nineteen prospective jurors who are not federal employees and $12 in mileage costs for all twenty prospective jurors.  Pursuant to L.R. 47.1(B), it is hereby:

**ORDERED and ADJUDGED** that $500.00 in juror costs is assessed against the Plaintiff Jennifer Smith and her counsel, Brian P. Parker and Thomas Earl Elfers, and $500.00 in juror

costs is assessed against the Defendant Allianceone Receivables Management, Inc., and its

counsel, Charles James McHale, Jr., and Dale Thomas Golden.  For which sums let execution

issue.

DONE AND ORDERED in Chambers at Ft. Pierce, Florida, October 12, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record